UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

Case No.  2:25-cv-07279-SVW-SSC                    Date: May 8, 2026

Title:    *Elizabeth Thomas v. City Attorney of Long Beach*

Present:  The Honorable STEPHEN V. WILSON, U.S. District Judge

|              Daniel Tamayo              |            Not Reported            |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| :---: | :---: |
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR ESTABLISH *IN FORMA PAUPERIS* STATUS

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1).

On March 25, 2026, the Court postponed ruling on Plaintiff's request to proceed IFP ("Request") because it did not provide enough information to determine indigency. Dkts. 2, 13. The Court directed Plaintiff to refile a fully completed Request along with a one-page statement, or pay the filing fee, and it warned that if she did not comply within 30 days the case would be dismissed without prejudice. Dkt. 13.

To date, Plaintiff has not established IFP status, paid the filing fee, or otherwise responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-07279-SVW-SSC                    Date: May 8, 2026

Title:    *Elizabeth Thomas v. City Attorney of Long Beach*

Cir. 2023) ("there [is] nothing for the district court to do but dismiss the action" when a plaintiff fails to establish IFP status and does not pay the filing fee), *cert. denied*, 144 S. Ct. 2604 (2024); *Otilia Luna v. U.S. Bank Tr. Co., et al.*, No. 2:25-CV-11987-CV-E, 2026 WL 980491, at *1 (C.D. Cal. Apr. 6, 2026) (action dismissed without prejudice where plaintiff did not respond to Court's order requiring fully completed IFP request or payment of filing fee).

All other pending matters are **TERMINATED**

IT IS SO ORDERED.